IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHELLY D. WATSON                                                                                           PLAINTIFF

v.                                         Case No. 6:16-cv-6060

OFFICE OF ATTORNEY GENERAL et al.                                                          DEFENDANTS

**ORDER**

      Before the Court is the Report and Recommendation filed by Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 4). Judge Bryant recommends that Plaintiff's Motion for Service (ECF No. 1) be denied. Plaintiff has filed objections (ECF No. 6) and supplemental objections (ECF No. 7) to the Report and Recommendations. The Court finds this matter ripe for its consideration.

      In her Complaint, Plaintiff is attacking a contempt order entered against her in Garland County, Arkansas and is also challenging her son's arrest and incarceration. Judge Bryant recommends that Plaintiff's Motion for Service be denied and her suit be dismissed in its entirety because the contempt order has not been reversed on appeal and her son's incarceration has not been challenged on appeal. *See Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

      While Plaintiff has filed objections to the Report and Recommendation, the objections are not directly responsive to the Report and Recommendation and raise no specific objections for the Court to consider. Accordingly, the Court overrules Plaintiff's objections and adopts Judge Bryant's Report and Recommendation *in toto*. For the reasons stated herein and above, as well as those contained in the Report and Recommendation, Plaintiff's Motion for Service (ECF No. 1) is **DENIED**. Plaintiff's case is **DISMISSED** in its entirety.

      **IT IS SO ORDERED**, this 21st day of July, 2016.

                                                            /s/ Susan O. Hickey
                                                           Susan O. Hickey
                                                           United States District Judge